IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CR-00048-RLV-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BOBBY RAY COFFEY, | ) | |
| | ) | |
| **Defendant** | ) | |

The United States is **ORDERED** to respond to Coffey's Motion (Doc. 165) within twenty days from the date of this order.

**SO ORDERED.**

Signed: February 18, 2016

Richard L. Voorhees
United States District Judge